**ORIGINAL**

1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
5  Email: jfok@jclawoffice.com

6  Attorney for Plaintiff
   Minzhi Wu
7

*ADR*  *E-FILING*

*Filed FEB 2 9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | Minzhi Wu,                              ) Case No.
11 |                                         )
12 |         Plaintiff,                      ) **C08 01229 PJH**
13 |     v.                                  )
14 | **Michael Mukasey**, United States Attorney )
15 | General, U.S. Department of Justice;    ) **CERTIFICATION OF INTERESTED**
   | **Michael Chertoff**, Secretary of the   ) **ENTITIES OR PERSONS**
16 | Department of Homeland Security;        )
17 | **Emilio T. Gonzalez**, Director of United States ) **Immigration Case**
   | Citizenship and Immigration Services;   )
18 | **Robert S. Mueller III**, Director of the Federal )
   | Bureau of Investigation,                )
19 |                                         )
20 |         Defendants.                     )

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
22 named parties, there is no such interest to report.
23

24 Dated: February 27, 2008                     Respectfully Submitted,
25
26                                              /s/ Justin Fok
                                                Justin Fok, CSBN: 242272
27                                              Attorney for Plaintiff
28

Case No.                                        1
Certification of Interested Entities or Persons