1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   MINZHI WU,                        )    No. C 08-1229 PJH
12                                   )
                  Plaintiff,         )
13                                   )
       v.                            )
14                                   )
   MICHAEL MUKASEY, United States    )    STIPULATION TO TIME TO ANSWER
15 Attorney General; et al.,         )    AND PROPOSED ORDER
                                     )
16                Defendants.        )
                                     )
17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO EXTEND TIME
C 08-1229 PJH

On February 29, 2008, Plaintiff filed the above captioned action. The United States Attorney's Office was served on March 7, 2008. It now appears that this case may be resolved administratively within the next 60 days. Accordingly, the parties hereby stipulate, pursuant to approval of the Court, to modify the scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | July 7, 2008 |
| ADR Certification: | July 10, 2008 |
| Case Management Statement: | July 24, 2008 |
| Case Management Conference: | July 31, 2008, at 2:30 p.m. |

Dated: April 29, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: April 29, 2008

/s/
JUSTIN FOK
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

Phyllis J. Hamilton
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO EXTEND TIME
C 08-1229 PJH                                2