1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   MINZHI WU,                        )   No. C 08-1229 PJH
12                                   )
                  Plaintiff,         )
13                                   )
       v.                            )
14                                   )
   MICHAEL MUKASEY, United States    )   STIPULATION TO TIME TO ANSWER
15 Attorney General; et al.,         )   AND P~~ROPOSED~~ ORDER
                                     )
16                Defendants.        )
                                     )
17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO EXTEND TIME
C 08-1229 PJH

1  On February 29, 2008, Plaintiff filed the above captioned action. The United States
2  Attorney's Office was served on March 7, 2008. It now appears that this case may be resolved
3  administratively within the next 60 days. Accordingly, the parties hereby stipulate, pursuant to
4  approval of the Court, to modify the scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | July 7, 2008 |
| ADR Certification: | July 10, 2008 |
| Case Management Statement: | July 24, 2008 |
| Case Management Conference: | July 31, 2008, at 2:30 p.m. |

Dated: April 29, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                  /s/
                        MELANIE L. PROCTOR[1]
                        Assistant United States Attorney
                        Attorneys for Defendants

Dated: April 29, 2008                       /s/
                        JUSTIN FOK
                        Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/30/08
                        _____
                        Phyllis J. Hamilton
                        United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.