# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Minzhi Wu

v.

Michael Mukasey, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 01229 PJH

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 2 9 2007

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Minzhi Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C08 01229 PJH

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
United States Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 2 9 2007

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

Minzhi Wu

E-FILING

v.

Michael Mukasey, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08 01229 PJH

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of Fedeal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 29 2007
DATE

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Minzhi Wu

V.

Michael Mukasey, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08 01229 PJH

TO: (Name and address of defendant)

Michael Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 2 9 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 03/06/2008 |
| Name of SERVER Howard Lee | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail with return receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | USPS | $37.68 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/06/08
Date

Signature of Server

Law Offices of Jean D. Chen
2107 N. First St., Suite 400
San Jose, California 95131

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



# CERTIFCATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the Law Offices of Jean D. Chen and my main business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On  03/06/2008  I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint under 8 U.S.C. § 1447(b);
3) Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Cases Involving Sealed or Confidential Documents; Order of the Chief Judge – In Re: Electronic Filing In Cases With Unrepresented Parties.

on the persons or entities named below, for the case Wu v. Mukasey et al. (C08-01229 PJH), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Michael B. Mukasey (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Robert S. Mueller III (By certified mail with return receipt)
Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

Proof of Service: C08-01229 PJH                    1
Wu v. Mukasey et al.

1  Civil Process Clerk (By certified mail with return receipt)
2  United States Attorney's Office
   450 Golden Gate Avenue
3  11th Floor
   San Francisco, CA 94102
4

5  Office of the General Counsel (By certified mail with return receipt)
   U.S. Department of Homeland Security
6  Washington, DC 20528

7

8  Date of mailing: 03/06/2008      Place of mailing: San Francisco, California.

9  I declare under penalty of perjury under the laws of the United States of America that the
10 forgoing is true and correct.

11

12

13 Executed this on 03/06/2008   at San Francisco, California

14

15                                      /s/ Howard Lee

16                                      HOWARD LEE

Proof of Service: C08-01229 PJH                    2
Wu v. Mukasey et al.