1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11
   MINZHI WU,                    )    No. C 08-1229 PJH
12                               )
                   Plaintiff,    )
13                               )
         v.                      )
14                               )
   MICHAEL MUKASEY, United States )   STIPULATION TO DISMISS AND
15 Attorney General; et al.,     )    ~~PROPOSED~~ ORDER
                                 )
16                 Defendants.   )
   _____)
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
C 08-1229 PJH

1    Plaintiff, by and through his attorney of record, and Defendants, by and through their

2    attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3    entitled action without prejudice in light of the fact that the United States Citizenship and

4    Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

5    agrees to do so within 30 days of the dismissal of this action.

6    Each of the parties shall bear their own costs and fees.

7    Dated: June 12, 2008                          Respectfully submitted,

8                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
9

10

11                                                _____/s/_____
                                                   MELANIE L. PROCTOR[1]
12                                                 Assistant United States Attorney
                                                   Attorneys for Defendants

13    Dated: June 12, 2008                         _____/s/_____
14                                                 JUSTIN FOK
                                                   Attorney for Plaintiff
15

16                              ~~PROPOSED~~ ORDER

17    Pursuant to stipulation, IT IS SO ORDERED.    All pending deadlines are hereby

18    TERMINATED.  The Clerk shall close the file.

19

20    Dated:  6/16/08



21

22

23

24

25

26

27

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
      signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
C 08-1229 PJH                             2